## Bischoff's License. Appeal of Julius Bischoff.

Submitted Oct. 6, 1899. Appeal, No. 109, Oct. T., 1899, by Julius Bischoff from order of Q. S. Phila. Co., refusing application for retail liquor license. Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ. Affirmed. Per Curiam.

*Edward Carpel*, for appellant.

*Lewis D. Vail* and *D. C. Gibboney*, for appellee, filed no paper-book.

PER CURIAM, November 20, 1899:

This case as presented by the record does not differ from Netter's Appeal, ante, p. 566. For the reasons there given the order is affirmed.

---

## Kauffmann's License. Appeal of John B. Kauffmann.

Argued Oct. 12, 1899. Appeal, No. 103, Oct. T., 1899, by John B. Kauffmann, from order of Q. S. Phila. Co., refusing petition for bottler's license. Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ. Affirmed. Per Curiam.

*J. Jos. Murphy*, for appellant.

*Lewis D. Vail*, with him *D. C. Gibboney*, for appellee.

PER CURIAM, November 20, 1899:

So far as the record shows, this case does not differ in any essential particular from Di Nubile's Appeal, ante, p. 571.

The order is affirmed.